PROB 12C
(6/16)

Report Date: February 9, 2021

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 09, 2021

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Harley Davidson Roger | Case Number: 0980 4:19CR06003-SMJ-1 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: January 9, 2020

Original Offense:         Felon in Possession of a Firearm, 18 U.S.C. § 922

| | | |
|---|---|---|
| Original Sentence: | Prison - 24 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael D. Murphy | Date Supervision Commenced: November 6, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: November 5, 2023 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: Harley D. Roger is considered to be in violation of his conditions of supervised release by using a controlled substance, methamphetamine, on or about January 15, 2021, and on or before February 7, 2021.<br><br>On November 6, 2020, Mr. Roger commenced his term of supervised release. His conditions of supervised release were reviewed and signed by him on November 9, 2020. He was provided a copy for his records, acknowledging an understanding of his conditions of supervised release, which included mandatory condition number 2, as noted above. Mr. Roger was referred to Merit Resource Services (Merit) to complete a substance abuse assessment and to participate in the color line program for random drug testing.<br><br>On January 15, 2021, Mr. Roger admitted to the undersigned officer that he had used methamphetamine and reported he completed a drug test at Merit, for which the onsite test results were positive for methamphetamine. Merit staff sent the drug test to Alere Toxicology Services for confirmation. |

Prob12C
**Re: Roger, Harley Davidson**
**February 9, 2021**
**Page 2**

On January 29, 2021, the Alere Toxicology Services test results were received confirming the positive result for methamphetamine.

On February 8, 2021, Mr. Roger admitted to using methamphetamine on or before February 7, 2021 to this undersigned officer.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 9, 2021

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

02/09/2021

Date