PROB 12C
(6/16)

Report Date: March 10, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Harley Davidson Roger            Case Number: 0980 4:19CR06003-SMJ-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: January 9, 2020

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922

Original Sentence:     Prison - 24 months;           Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Michael D. Murphy             Date Supervision Commenced: November 6, 2020

Defense Attorney:      Alex B. Hernandez, III        Date Supervision Expires: November 5, 2023

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/09/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Harley D. Roger is considered to be in violation of his conditions of supervised release by using a controlled substance, methamphetamine, on or about March 2, 2021. |
| | On November 6, 2020, Mr. Roger commenced his term of supervised release. His conditions of supervised release were reviewed and signed by him on November 9, 2020. He was provided a copy for his records, acknowledging an understanding of his conditions of supervised release, which included special condition number 6, as noted above. Mr. Roger was referred to Merit Resource Services (Merit) to participate in the color line program for random drug testing. |

Prob12C
Re: Roger, Harley Davidson
March 10, 2021
Page 2

On March 4, 2021, Mr. Roger indicated he was on his way to Merit for drug testing as his assigned color was called. Mr. Roger admitted to the undersigned officer he used methamphetamine on or about March 2, 2021, therefore, this drug test would be positive.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 10, 2021

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

03/10/2021
Date