PROB 12C
(6/16)

Report Date: May 13, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 14, 2021**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Harley Davidson Roger          Case Number: 0980 4:19CR06003-SMJ-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: January 9, 2020

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. § 922

Original Sentence:       Prison - 24 months;            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Michael D. Murphy              Date Supervision Commenced: November 6, 2020

Defense Attorney:        Alex B. Hernandez, III         Date Supervision Expires: November 5, 2023

## PETITIONING THE COURT

To issue a summons and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 2/9/2021 and 3/10/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
|  | **Violation 3, 4, and 5 preface, combined for brevity:** |
|  | On November 6, 2020, Mr. Roger commenced his term of supervised release. His conditions of supervised release were reviewed and signed by him on November 9, 2020. He was provided a copy for his records, acknowledging an understanding of his conditions of supervised release, which included special conditions number 4, 5, and 6, as noted below. Mr. Roger was referred to Merit Resource Services (Merit) to complete a substance abuse assessment and to participate in the color line for random for drug testing. |
| 3 | **Special Condition # 4:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of the treatment program according to your ability to pay. You mus allow full reciprocal disclosure between the supervising officer and treatment provider. |
|  | **Supporting Evidence**: Harley D. Roger is considered to be in violation of his conditions of supervised release by failing to enter aftercare substance abuse treatment on May 11, 2021. |

Prob12C
Re: Roger, Harley Davidson
May 13, 2021
Page 2

On March 30, 2021, Mr. Roger entered inpatient substance abuse treatment at American Behavioral Health Systems (ABHS). Mr. Roger completed inpatient treatment on April 22, 2021. ABHS aftercare treatment recommendation was for Mr. Roger to enter intensive outpatient treatment (IOP) and instructed him to contact Merit Resource Services (Merit) to schedule an appointment upon his discharge from the treatment facility.

On April 28, 2021, Mr. Roger indicated to the undersigned officer he contacted Merit and was scheduled for an intake appointment on May 11, 2021.

On May 11, 2021, the undersigned officer confirmed with Merit staff Mr. Roger failed to attend the scheduled appointment on this date and made no effort to contact Merit in advance. The undersigned officer attempted to make telephonic contact with Mr. Roger several times on this same date;. Mr. Roger did not answer and responded after hours in a text message stating he did not have his phone.

On May 12, 2021, Mr. Roger admitted he did not attend the treatment appointment at Merit as scheduled on May 11, 2021, because he believes his term of supervised release will be revoked, he will be go to prison, and did not see the point in engaging in treatment.

| | |
|---|---|
| 4 | **Special Condition # 5:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Harley D. Roger is considered to be in violation of his conditions of supervised release by consuming alcohol on May 11, 2021.<br><br>On May 12, 2021, Mr. Roger admitted to the undersigned officer to consuming alcohol on May 11, 2021, because he thinks his term of supervised release will be revoked. |
| 5 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Harley D. Roger is considered to be in violation of his conditions of supervised release by using a controlled substance, methamphetamine, on or about May 5 and 11, 2021.<br><br>On May 7, 2021, Mr. Roger indicated he reported to Merit for drug testing on May 6, 2021, as his color was called that day and his drug test was positive for methamphetamine. Mr. Roger indicated he walked to an area where he knew he could obtain drugs and admitted to using methamphetamine on or about May 5, 2021.<br><br>On May 12, 2021, Mr. Roger was instructed to report to the probation office on this same date for drug testing. Mr. Roger then admitted to the undersigned officer to using methamphetamine on May 11, 2021, because he is stressed from being unemployed, his mother's deteriorating health, and he believes his term of supervised release will be revoked and he will be ordered to serve a prison term. |

Prob12C
Re: Roger, Harley Davidson
May 13, 2021
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 13, 2021

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

05/14/2021
Date